[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-10264
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 7, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00031-CR-CAR-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL BORJAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

**(August 7, 2008)**

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

John Phillip Fox, appointed counsel for Daniel Borjas, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Borjas's conviction and sentence are **AFFIRMED**.